# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| Mark McGriff, Board of Trustees Chairman, and Doug Robinson, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND; | ) ) ) ) ) |
| Mark McGriff, Board of Trustees Chairman, and Greg Hauswald, Board of Trustees Secretary on behalf INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; | ) ) ) ) ) ) ) |
| Mark McGriff, Board of Trustees Co-Chairman, and William Nix, Board of Trustees Co-Chairman, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; | ) ) ) ) ) ) |
| Mark McGriff, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP AND TRAINING FUND; | ) ) ) ) ) ) ) |
| Douglas J. McCarron, Board of Trustees Chairman, on behalf of UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA; | ) ) ) ) ) |
| and, | ) ) |
| INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| CROWN INTERIOR SYSTEMS, LLC, | ) ) |
| Defendant. | ) |

CASE NO. 2:18-cv-96

## COMPLAINT

Plaintiffs **Mark McGriff, Board of Trustees Chairman, and Doug Robinson, Board of Trustees Secretary,** on behalf of the **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND; Mark McGriff, Board of Trustees Chairman, and Greg Hauswald, Board of Trustees Secretary** on behalf of **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; Mark McGriff, Board of Trustees Co-Chairman, and William Nix, Board of Trustees Co-Chairman,** on behalf of **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; Mark McGriff, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary,** on behalf of **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; Douglas J. McCarron, Board of Trustees Chairman,** on behalf of **UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA;** and, **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS**, by their attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD**., complain of Defendant **CROWN INTERIOR SYSTEMS, LLC,** stating as follows:

## COUNT I

1. This action arises under and jurisdiction resides with this Court pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001, et seq., ("ERISA") and more particularly under Sections 502 and 515 of ERISA, 29 U.S.C. §1132 and §1145, and is brought by Plaintiffs **Mark McGriff, Board of Trustees Chairman, and Doug**

2

Robinson, Board of Trustees Secretary, on behalf of the **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND; Mark McGriff, Board of Trustees Chairman, and Greg Hauswald, Board of Trustees Secretary on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; Mark McGriff, Board of Trustees Co-Chairman, and William Nix, Board of Trustees Co-Chairman, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; Mark McGriff, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; Douglas J. McCarron, Board of Trustees Chairman, on behalf of UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA** (collectively referred to as the "Trust Funds") in order to judicially enforce the obligations owed, and breached, by Defendant **CROWN INTERIOR SYSTEMS, LLC** ("Crown") to the Plaintiffs Trust Funds.  More specifically, Plaintiffs Trust Funds seek an order compelling Defendant Crown to submit its monthly reporting forms for the period of May 1, 2017 through March 1, 2018 and to pay any delinquent contributions owed for the period of May 1, 2017 through March 1, 2018, plus interest and liquidated damages on the delinquent contributions, attorneys' fees and costs incurred by Plaintiffs as a result of being forced to bring this action.

2.  Plaintiffs Trust Funds are employee benefit funds within the meaning of and subject to ERISA. The Plaintiffs Trust Funds provide benefits for employees working within this judicial district and are, themselves, administered in this judicial district, with the exception of UBCATF.

3.  At all times materials herein, Defendant Crown has employed employees within this

judicial district.

4. At all times material herein, Defendant Crown has been a signatory to a collective bargaining agreement with the Indiana/Kentucky/Ohio Regional Council of Carpenters ("Union") and, as such, is bound by the Plaintiffs Trust Funds' Agreements and Declarations of Trust ("Trust Agreements").

5. Defendant Crown breached the Agreements identified in Paragraph 4 of this Count and is in violation of Sections 502 and 515 of ERISA (and 29 U.S.C. § 185) by failing to submit its monthly reporting forms for the period of May 1, 2017 through March 1, 2018 and to pay any delinquent contributions owed for the period of May 1, 2017 through March 1, 2018.  Plaintiffs Trust Funds also seek an order directing Crown to pay the liquidated damages and interest on the delinquent contributions, plus attorneys' fees and costs to the Plaintiffs Trust Funds.

6. Despite Plaintiffs Trust Funds' requests, Defendant Crown has failed to pay the contractually and statutorily required monies.

7. Plaintiffs Trust Funds have satisfied all statutory prerequisites as set forth in 29 U.S.C. §1132 (h).

WHEREFORE, Plaintiffs Trust Funds pray this Court order that:

1. Defendant Crown submit its monthly reporting forms for the period of May 1, 2017 through March 1, 2018 and pay the delinquent contributions owed for the period of May 1, 2017 through  March 1, 2018, plus liquidated damages, interest, attorneys' fees and costs to Plaintiffs Trust Funds;

2. Defendant Crown pay statutory post-judgment interest on all principal contributions found due by this Order;

3. Defendant Crown pays Plaintiffs Trust Funds' attorneys' fees and costs incurred herein;

4. Defendant Crown shall be enjoined from future violations of its statutory and contractual obligations to Plaintiffs Trust Funds; and,

5. Such other and further relief that this Court may find just and proper be entered against Defendant Crown.

## COUNT II

1. Plaintiff **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS** ("Union") is a labor organization whose duly authorized officers or agents are engaged in representing or acting for employee members within this judicial district.

2. At all times material herein, Defendant **CROWN INTERIOR SYSTEMS, LLC** ("Crown") has been engaged in an industry affecting interstate commerce and employs individuals working within this judicial district.

3. This Court has jurisdiction of this action pursuant to Section 301 of the Labor-Management Relations Act, 1947, as amended, 29 U.S.C. §185 ("LMRA").

4. At all times material herein, Defendant Crown has been signatory to a collective bargaining agreement with the Union. Included among the contractual obligations between the parties is the requirement that Crown submits its monthly reporting forms and transmit its payroll deductions and non-ERISA contributions to the Union's designee.

5. Defendant Crown is in breach of its contractual obligations to the Union by failing to submit its monthly reporting forms for the period of May 1, 2017 through March 1, 2018 and to

pay the delinquent contributions, interest and liquidated damages owed for the period of May 1, 2017 through March 1, 2018 to Plaintiffs Trust Funds.

**6.** Despite the Union's request, Defendant Crown has failed to pay the monies identified in this Count.

WHEREFORE, Plaintiff Union prays this Court order that:

**1.** Defendant Crown submit its monthly reporting forms for the period of May 1, 2017 through March 1, 2018 and to pay the delinquent deductions, plus interest and liquidated damages owed for the period of May 1, 2017 through March 1, 2018 to the Plaintiff Union;

**2.** Defendant Crown pay statutory post-judgment interest on all principal deductions and non-ERISA contributions found due by this Order;

**3.** Defendant Crown pay Plaintiff Union's attorneys' fees and costs incurred herein; and,

**4.** Such other and further relief that this Court may find just and proper be entered against Defendant Crown.

Respectfully submitted,

**PAUL T. BERKOWITZ & ASSOCIATES, LTD.**

By _____/s/ Paul T. Berkowitz_____
**PLAINTIFFS' ATTORNEYS**

PAUL T. BERKOWITZ & ASSOCIATES, LTD.
123 West Madison Street, Suite 600
Chicago, Illinois  60602
P: (312) 419-0001
F: (312) 419-0002
E: paul@ptblaw.com
Attorney ID #19025-49